■ Lawrence Christ, Appellant, v. Lake Erie Distributors, Inc., et al., Respondents.

Memorandum: The complaint states a cause of action for specific performance. (Appeal from order of Erie Special Term, dismissing complaint in an action for specific performance of alleged obligation of defendant corporation.) Present — Williams, P. J., Bastow, Del Vecchio and Marsh, JJ.

■ Stena R. Hine, Respondent, v. Kenneth E. Hine, Appellant.—

Memorandum: The judgment declares and adjudges that the decree of divorce obtained by defendant against the plaintiff in the State of Nevada is not entitled to full faith and credit and is not valid, that the plaintiff is the lawful wife of the defendant and that the marriage of the defendant to one Jane Thompson which occurred subsequent to such divorce decree is illegal and void. No reference to the defendant's marriage subsequent to the divorce decree is made in the pleadings and the other party to the alleged marriage was not made a party to the action. The adjudication that the marriage of the defendant Kenneth E. Hine to Jane Thompson which occurred subsequent to the aforesaid judgment of divorce of the State of Nevada is illegal, void, and of no force or effect, should therefore be stricken from the judgment. (Appeal from judgment of Onondaga Trial Term declaring foreign divorce invalid.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

■ Vincent McKain, Respondent, v. Elevator Maintenance of Buffalo, Inc., Appellant, et al., Defendants. Memorandum: Plaintiff, on the trial, was permitted over objection, to offer proof with reference to a fracture in the area of the plateau of the tibia involving the knee, and special damages relating thereto. The alleged injury was a serious one and represented a substantial part of plaintiff's claim for damages. Such evidence was improperly received in the absence of any reference thereto in plaintiff's bill of particulars. (Appeal from judgment of Erie Trial Term in a negligence action.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.